

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

Paul A. Duffy
Prenda Law
161 North Clark Street
Suite 3200
Chicago, IL 60601

**FILED**

Re:  Hard Drive Productions, Inc. v. Doe
USDC No.   11-cv-08340

JAN - 3 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| PA 0001755901 | 2011-5-11 | Hard Drive Productions, Inc. |
| | | Address: 8410 E. Cholla St. |
| | | Scottsdale, AZ 85260 |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Michael W. Dobbins, Clerk

By:   Nick Fanelle
       Deputy Clerk



**Prenda Law** Inc.
Protecting Intellectual Property

December 27, 2011

**Via First Class Mail**

Michael W. Dobbins, Clerk of Court
Office of the Clerk
United States District Court
Northern District of Illinois – Eastern Division
United States Courthouse
219 South Dearborn Street – Room 2010
Chicago, IL 60604

      Re: *Hard Drive Production, Inc. v. Doe*
      USDC No. *11-cv-08340*

Dear Mr. Dobbins:

I received your correspondence regarding the above-referenced case and the requested information regarding the copyright registration of the Plaintiff's work. I understand that you will be forwarding this information to Washington, D.C. from your office.

Please find the information you requested enclosed with this cover letter. I have simply filled out the information on the form provided in your correspondence.

Please let me know if you need any other assistance.

Sincerely,

*[signature]*

Paul A. Duffy

Enclosure

---

Fax: 312.893.5677     161 N Clark St., Suite 3200, Chicago, IL 60601     Tel: 312.880.9160
Fax: 305.748.2103     1111 Lincoln Rd., Suite 400, Miami Beach, FL 33139     Tel: 305.748.2102

www.wefightpiracy.com