

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # EQ365486

| Invoice Date | 04/12/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/12/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PAUL DUFFY
PRENDA LAW
SUITE 3200 161 NORTH CLARK STREET
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/12/2012 | HARD DRIVE PRODUCTION vs. DOE, JOHN | 329633 | 04/12/2012 | NONE |

| Description | Amount |
|---|---|
| Services Provided on 04/12/2012, EDWARD NEESE (CHICAGO, IL) | |
|    VIDEO | $ 340.00 |
|    CANCELLATION | $ 130.00 |
| | $ 470.00 |

*WITNESS NO SHOW*
*CANCELLED*

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 05/27/2012**     **$ 470.00**

Amount Due After 05/27/2012     $ 517.00

**Tax Number:**    **45-3463120**

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**





Invoice #:    EQ365486
Payment Due:    05/12/2012

**Amount Due On/Before 05/27/2012**     **$ 470.00**

Amount Due After 05/27/2012     $ 517.00

PAUL DUFFY
PRENDA LAW
SUITE 3200 161 NORTH CLARK STREET
CHICAGO, IL 60601

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

071 0000365486 04122012 6 000047000 2 05122012 05272012 4 000051700 47

## Terms and Conditions

**GENERAL**
1. Parties. "Seller" means Esquire Deposition Solutions, ("Esquire") and "Buyer" means Esquire's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severely.
2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Esquire Deposition Solutions products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Esquire Deposition Solutions hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.
3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.
4. For further information regarding our pricing policy go to: www.esquiresolutions.com/services

**CREDIT AND PAYMENT TERMS**
1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.
2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.
3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.
4. The customer agrees to be responsible for all collections costs and attorney's fees in the event Esquire is forced to place the account for collection with an outside agency. If the collection is handled in-house by Esquire, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.
5. A $35 handling fee will be assessed to checks returned for insufficient funds.

**SOLVENCY**
1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify Esquire of all facts surrounding such occurrences.
2. The client authorizes Esquire to obtain a written or oral credit report from any credit reporting agency. In addition, the client authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to Esquire which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

**GOVERNING LAW**
1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.
2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

**MISCELLANEOUS**
1. Buyer may not assign its rights under the contract without Seller's prior written consent.
2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.
3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.
4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken. All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.
5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

## Disclaimer

Attorney is responsible for payment of all charges incurred. Payment due by "Payment Due" date shown on invoice. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, deposition summary, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions.

## W9

DO YOU NEED A W9? VISIT http://www.esquiresolutions.com/W9

Save (More) Time with EsquireConnect

New! Pay Your Invoices Online
Save time — and paper — by viewing and paying your invoices online. Simply login to EsquireConnect.net or call your local sales representative to learn more.