## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Hard Drive Productions, Inc.

                  Plaintiff,

v.                                     Case No.: 1:11–cv–08340
                                          Honorable John J. Tharp Jr.

John Doe

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2012:

      MINUTE entry before Honorable John J. Tharp, Jr: Status hearing held. Defendant failed to appear. Plaintiffs oral request for extension of time to attempt to make contact with defendant is granted. Status hearing set for 11/7/2012 at 9:00 a.m. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.